IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

JEFFERY THOMPSON                   Case No. 09-25962
         Debtor.

## N O T I C E

A notice has been filed indicating that there is an outstanding post filing default to DOVENMUEHLE MORTGAGE for post filing defaults. A copy is attached hereto.

                         /S/ Laura Wardinski
                           laura Wardinski

## CERTIFICATE OF SERVICE

The undersigned certifies that this electronic document was served electronically through the court's electronic mailing system pursuant to the notice generated by the court on 12/21/2009 to the following parties:

TO TRUSTEE:
TOM VAUGHN 200 S. MICHIGAN STE. 1300 CHICAGO, IL 60604

TO DEBTOR'S ATTORNEY:
SHAMIRA YOUKHANEH 20 N. CLARK 6TH FL. CHICAGO, IL 60602

The motion was further served by depositing a printed copy into the United States mail at the mail chute located at 120 SOUTH LA SALLE STREET, CHICAGO, ILLINOIS 60603, at 5:00 p.m. on 12/21/2009 with postage prepaid at the address listed on the creditor matrix, upon the following parties, Debtor or others not served:

TO DEBTOR:
JEFFERY THOMPSON   7036 S. OGLESBY UNIT 303 CHICAGO, IL 60649

                              /s/ Laura Wardinski
                              Laura Wardinski
                              Kropik, Papuga and Shaw
                              120 S. LaSalle, Ste. 1327
                              Chicago, IL 60603

This Notice and attached document(s) is an attempt to collect a debt and any information obtained will be used for that purpose.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

**JEFFERY THOMPSON**                              Case No. 09-25962
        **Debtor.**

NOTICE OF OUTSTANDING DEBT

    DOVENMUEHLE MORTGAGE successor to Neighborhood Lending Inc. in response to the notice that the debtors case is completing and that lender must notify the court if there is any remaining defaults. DOVENMUEHLE hereby notifies parties that there is an outstanding amount owed as follows:

CURRENT MONTHLY MORTGAGE PAYMENTS FOR 11-2009 AND 12-2009. The default exceeds $ 341.04;

                                  /s/ Laura Wardinski
                             Attorney of Kropik Papuga and Shaw

This Notice and attached document(s) is an attempt to collect a debt and any information obtained will be used for that purpose.

Kropik Papuga and Shaw
Attorneys for DOVENMUEHLE MORTGAGE
120 S. Lasalle Suite 1500
Chicago, Il. 60603
312-236-6405

## CERTIFICATE OF SERVICE

The undersigned certifies that this electronic document was served electronically through the court's electronic mailing system pursuant to the notice generated by the court on 12/21/2009 to the following parties:

TO TRUSTEE:
TOM VAUGHN 200 S. MICHIGAN STE. 1300 CHICAGO, IL 60604

TO DEBTOR'S ATTORNEY:
SHAMIRA YOUKHANEH 20 N. CLARK 6TH FL. CHICAGO, IL 60602


The motion was further served by depositing a printed copy into the United States mail at the mail chute located at 120 SOUTH LA SALLE STREET, CHICAGO, ILLINOIS 60603, at 5:00 p.m. on 12/21/2009 with postage prepaid at the address listed on the creditor matrix, upon the following parties, Debtor or others not served:

TO DEBTOR:
JEFFERY THOMPSON  7036 S. OGLESBY UNIT 303 CHICAGO, IL 60649

__/s/ Laura Wardinski__
Laura Wardinski
Kropik, Papuga and Shaw
120 S. LaSalle, Ste. 1327
Chicago, IL 60603