**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:   JEFFERY M THOMPSON                                CASE NO: 09-25962
                                                          CHAPTER 13

         DEBTORS(S)                                       JUDGE:  JACQUELINE P COX


                                                          NOTICE OF FINAL CURE PAYMENT


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**        NORTHERN TRUST

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0000 | 0001  7036 OGLESBY | $        .00 | $  1,500.00 | $  1,500.00 |

Total Amount Paid the Trustee                                              $   1,500.00

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                         X  Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 30th day of   July, 2012.

Debtor(s)

JEFFERY M THOMPSON
7036 S OGLESBY #303
CHICAGO IL 60649

Debtors Attorney

ZALUTSKY & PINSKI LTD
20 N CLARK ST # 600
CHICAGO IL 606020000

Addtional Creditors

DOVENMUEHLE MORTGAGE INC
% KROPIK PAPUGA & SHAW
120 S LASALLE ST # 1500
CHICAGO IL 60603

Mortgage Arrearage Creditor

NORTHERN TRUST
50 S LASALLE
CHICAGO IL 60675

Electronic Service US Trustee

Date: July 30, 2012                         /s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603